VORYS, SATER, SEYMOUR AND PEASE LLP
Jessica Hernandez Diotalevi (SBN 244501)
*jhdiotalevi@vorys.com*
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone/Facsimile: (949) 531-4509

Attorney for Defendant
ZALE DELAWARE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ANISSA STEELE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ZALE DELAWARE, INC.,

Defendant.

Case No.: 2:26-cv-01875-JDP

**~~[PROPOSED]~~ ORDER GRANTING THIRD STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

[*Filed concurrently with Third Stipulation to Extend Deadline to File Responsive Pleading*]

Complaint Filed: May 29, 2026
Initial Resp. Date: June 22, 2026
New Due Date: September 18, 2026

Having reviewed the PARTIES' Third Stipulation to Extend Deadline to File Responsive Pleading by an additional 30 days and good cause appearing therefrom, the Stipulation is hereby GRANTED.

DEFENDANT shall have an additional 30 days, up to and including September 18, 2026, to file and serve a responsive pleading or motion in response to the Complaint.

IT IS SO ORDERED.

Dated: August 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest that I am the filer of this document and that I have received the concurrence in the filing of this document from each of the other signatories hereto pursuant to Civil L.R. 5-4.3.4.

Dated: August 14, 2026

VORYS, SATER, SEYMOUR AND PEASE LLP

By: */s/ Jessica H. Diotalevi*

Jessica H. Diotalevi
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone/Facsimile: (949) 531-4509
*jhdiotalevi@vorys.com*

Attorney for Defendant
ZALE DELAWARE, INC.